

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:            01-12-00365-CV

Trial Court Cause
Number:                  1035479

Style:                   Marcus B. Patterson, Individually, as Independent Administrator of the Estate of Diane Patterson, and As Next Friend of Danae Patterson, and Daniel Patterson (now 18 years old) as assignee of Brewer Leasing, Inc

                         **v** Home State County Mutual Insurance Company

Date motion filed[*]:    February 22, 2013

Type of motion:          Unopposed motion to file brief in excess of word court

Party filing motion:     Appellee

Document to be filed:    N/A

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☒    Granted

     If document is to be filed, document due: _____

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

Judge's signature: /s/ Terry Jennings
                   ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: February 28, 2013